IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
Turlock Irrigation District )
and )
Modesto Irrigation District, )
)
    *Petitioners,* )
)   No. 13-1250
v. )   No. 13-1253
)
Federal Energy Regulatory Commission, )
)
    *Respondent.* )
_____ )

## JOINT (UNOPPOSED) PROPOSED BRIEFING FORMAT AND SCHEDULE

On December 9, 2013, the Court issued an order requiring the parties to submit a proposed briefing format for the captioned cases by January 8, 2014. Petitioners (in No. 13-1250) and Intervenors (in No. 13-1253) Turlock and Modesto Irrigation Districts (Districts), Petitioner (in No. 13-1253) and Intervenor (in No. 13-1250) Tuolumne River Trust (TRT), Respondent Federal Energy Regulatory Commission (FERC), and Intervenors (in Nos. 13-1250 and 13-1253) American Rivers, American Whitewater, California Sportfishing Protection Alliance, California Trout, Friends of the River, and Golden West Women Flyfishers (NGOs) agree on the following proposed briefing format and schedule.

1

| **Filing** | **Deadline** | **13-1250** | **13-1253** |
|---|---|---|---|
| Initial Briefs | 45 Days after Scheduling Order | Districts (14,000 words) | TRT/NGOs (14,000 words) |
| Response Brief | 60 Days after Initial Briefs | FERC (28,000 words) ||
| Intervenor Briefs in Support of FERC | 15 Days after Response Brief | TRT/NGOs (8,750 words) | Districts (8,750 words) |
| Reply Briefs | 15 Days after Intervenor Briefs | Districts (7,000 words) | TRT/NGOs (7,000 words) |
| Joint Appendix | 14 Days after Reply Briefs | Districts and TRT/NGOs ||
| Final Briefs | 7 Days after Joint Appendix | All Parties ||

Petitioners Districts and TRT each oppose distinct rulings made by FERC in its July 19, 2013 Order. As such, each intends to file an initial brief not to exceed 14,000 words, as provided in Federal Rule of Appellate Procedure 32(a)(7)(B)(i). As stipulated in their Motion to Intervene and Notice of Joint Filing, Intervenor NGOs plan to join in all of Petitioner TRT's briefs, including the initial brief.

Respondent FERC proposes replying to both initial briefs in a single responsive brief, not to exceed 28,000 words (the combined amount allowed if FERC responded to each initial brief separately). The proposed schedule accounts for FERC's October 15, 2013 Motion requesting a minimum of 60 days to respond.

Thereafter, Districts and TRT will each file an Intervenor Brief in support of FERC as to the rulings made by FERC contested by the other party, taking care not to duplicate issues already adequately addressed by FERC. NGOs will join in TRT's Intervenor Brief. Each brief will not exceed 8,750 words, as provided in D.C. Circuit Rule 32(a)(2)(B)(i).

Finally, Districts and TRT will file reply briefs in their capacity as Petitioners, with the NGOs again joining in TRT's brief. Each reply brief will not exceed 7,000 words, as provided in Federal Rule of Appellate Procedure 32(a)(7)(B)(ii).

The Court has expressed concern about duplicative briefing. To address this, TRT and NGOs have committed to joint briefing. Parties further agree to brief in consideration of all previously filed briefs, incorporating arguments made in prior briefs by reference where appropriate.

The parties submit that the proposed briefing format and schedule set forth above is reasonable and appropriate and jointly request that the Court enter the schedule.

Dated: January 2, 2014	Respectfully submitted,


/s/ *John A. Whittaker, IV*
John A. Whittaker, IV
**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
Tel: (202) 282-5766
Fax: (202) 282-5100
jwhittaker@winston.com

Attorney for TURLOCK IRRIGATION DISTRICT and MODESTO IRRIGATION DISTRICT


/s/ *Robert A. Salerno*
Robert A. Salerno
Peter H. Day
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006-1888
Tel: (202) 887-1500
Fax: (202) 887-0763
rsalerno@mofo.com

Attorneys for TUOLUMNE RIVER TRUST


/s/ *Nicholas Niiro*
Richard Roos-Collins
Julie Gantenbein
Nicholas Niiro
**WATER AND POWER LAW GROUP PC**
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704
Tel: (510) 296-5588
Fax: (866) 407-8073
nniiro@waterpowerlaw.com

4

Attorneys for TUOLUMNE RIVER TRUST, AMERICAN RIVERS, AMERICAN WHITEWATER, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, CALIFORNIA TROUT, FRIENDS OF THE RIVER, and GOLDEN WEST WOMEN FLYFISHERS

*/s/ Robert M. Kennedy*
Robert M. Kennedy
**FEDERAL ENERGY REGULATORY COMMISSION**
888 First Street, NE
Washington, DC 20426
Tel: (202) 502-8904
Fax: (202) 273-0901
robert.kennedy@ferc.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing "Joint (Unopposed) Proposed Briefing Format and Schedule" was filed electronically today through the Court's CM/ECF system and e-mailed to registered CM/ECF users as indicated below.

John Albert Whittaker, IV                     E-mail
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817
jwhittaker@winston.com

*Attorney for Petitioners Modesto and Turlock Irrigation Districts*

Robert A. Salerno                              E-mail
Morrison & Foerster
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
rsalerno@mofo.com
sszpajda@mofo.com
cwoods@mofo.com
pday@mofo.com

*Attorneys for Petitioner Tuolumne River Trust*

Robert Harris Solomon                          E-mail
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
robert.solomon@ferc.gov

Robert Kennedy                                    E-mail
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
robert.kennedy@ferc.gov

*Attorneys for Respondent Federal Energy Regulatory Commission*

Dated: January 2, 2014

_____

Nicholas Niiro
**WATER AND POWER LAW GROUP PC**