# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-1250

September Term, 2013

**FERC-UL11-1-000**

**Filed On:** January 31, 2014

Turlock Irrigation District and Modesto
Irrigation District,

     Petitioners

    v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Tuolumne River Trust, et al.,
           Intervenors
------------------------------

Consolidated with 13-1253

    **BEFORE:**   Tatel, Brown, and Pillard, Circuit Judges

### O R D E R

Upon consideration of the joint proposed briefing format and schedule, it is

**ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Brief of Irrigation Districts<br>(not to exceed 7,000 words) | March 26, 2014 |
| Brief of TRT and NGOs<br>(not to exceed 7,000 words) | March 26, 2014 |
| Brief of Respondent<br>(not to exceed 14,000 words) | May 27, 2014 |
| Intervenor Brief of Irrigation Districts<br>(not to exceed 4,375 words) | June 11, 2014 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1250**                                    **September Term, 2013**

| | |
|---|---|
| Intervenor Brief of TRT and NGOs (not to exceed 4,375 words) | June 11, 2014 |
| Reply Brief of Irrigation Districts (not to exceed 3,500 words) | June 26, 2014 |
| Reply Brief of TRT and NGOs (not to exceed 3,500 words) | June 26, 2014 |
| Joint Appendix | July 10, 2014 |
| Final Briefs | July 17, 2014 |

The parties will be notified by separate order of the date of oral argument and the composition of the merits panel.

The court reminds the parties that

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**